THE CITY OF EAST ORANGE, PROSECUTOR, v. ESSEX COUNTY BOARD OF TAXATION AND THE SIXTY-SEVEN SOUTH MUNN, INCORPORATED, DEFENDANTS.

Argued December 3, 1931—Decided December 10, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the prosecutor, *Walter C. Ellis.*

For the defendants, *Edward R. McGlynn.*

PER CURIAM.

This is an application on notice for the allowance of a writ of *certiorari* "to review a certain tax appeal made by The Sixty-seven South Munn, Incorporated, to the Essex county board of taxation involving taxes levied by the city of East Orange for the year 1931."

Our examination of the moving papers, after listening to the argument of counsel, leads us to the conclusion that the application for the writ must be denied, but without costs on this motion.

It is so ordered accordingly.